*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 25, 2015                518669
_____

In the Matter of AUREL SMITH,
                    Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:  May 5, 2015

Before:  Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ.

                _____

        Aurel Smith, Attica, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

                _____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

        Petitioner, a prison inmate, commenced this CPLR article 78 proceeding to challenge a tier III disciplinary determination that found him guilty of refusing a direct order, property damage or loss and providing unauthorized legal assistance.  The Attorney General has informed this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge will be refunded to him.  In view of this, and given that petitioner has received all the relief to which he

is entitled, the matter is dismissed as moot (see Matter of Haddock v Prack, 126 AD3d 1202, 1203 [2015]; Matter of Rivas v New York State Dept. of Corr. & Community Supervision, 125 AD3d 1031, 1031 [2015]).

Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court